IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON,**
ADC #106563                                                                                    PLAINTIFF

v.                              Case No. 4:22-cv-00383-KGB-PSH

**B. FREEMAN,** *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge